1
2
3

FILED
CLERK, U.S. DISTRICT COURT

MAY -5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

4
5
6
7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9
10 | UNITED STATES OF AMERICA,

Case No.: CR07-59-MMM

11 |                    Plaintiff,

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18
U.S.C. § 3143(a))

12 |          v.
13 | MARTIN GARCIA-GARCIA
14 |                    Defendant.

15
16      The defendant having been arrested in this District pursuant to a warrant
17 issued by the United States District Court for the ___CENTRAL___
18 District of ___CALIFORNIA___ for alleged violation(s) of the terms and
19 conditions of probation or supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

22 A.    (✓)   The defendant has not met his/her burden of establishing by clear and
23             convincing evidence that he/she is not likely to flee if released under
24             18 U.S.C. § 3142(b) or (c). This finding is based on the following:

25             • UNKNOWN BACKGROUND OR COMMUNITY TIES
26             • UNKNOWN AVAILABLE BAIL RESOURCES
27             • UNDOCUMENTED IMMIGRATION STATUS
28             • PROBATION VIOL. ALLEG. 1
               • ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFICATION

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  5/5/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge